

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2019

No. 04-18-00810-CR

Dorothy Jackson **HAYNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2226
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 17, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court